706 A.2d 1206

**HOUSING AUTHORITY OF the CITY OF YORK, Petitioner,**

**v.**

**Queen E. ISMOND, Respondent.**

Supreme Court of Pennsylvania.

March 12, 1998.

David B. Schaumann, York, for petitioner.

Bradley J. Leber, York, for petitioner.

### *ORDER*

PER CURIAM:

AND NOW, this 12th day of March, 1998, the Petition for Allowance of Appeal is GRANTED, limited to the issue of whether the Commonwealth Court erred when it held that

petitioner was required to consider all the mitigating factors under section 882.216(c)(2). This case is to be orally argued.